ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DENISE MARIE HERRERA,<br><br>        Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden,<br><br>        Respondent.<br><br>_____ | Case No.  EDCV 13-00386 SVW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: July 16, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE