*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*JUL 19 2013*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY jhy  DEPUTY*

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*JUL 19 2013*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY shy  DEPUTY*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DENISE MARIE HERRERA,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | Case No. EDCV 13-00386 SVW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: July 16, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE